**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

KATRINA GRIDER, )
)
    *Plaintiff,* )
) Case No. 4:25-cv-00546
v. )
)
ANDREA R. LUCAS, Acting Chair, )
U.S. Equal Employment Opportunity )
Commission, )
)
    *Defendant.* )
)

  Plaintiff, KATRINA GRIDER ("Plaintiff"), and Defendant, ANDREA LUCAS, in her official capacity, as the Acting Chair, Equal Employment Opportunity Commission ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action in its entirety *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

Ashok Bail

Attorney for Plaintiff
3120 Southwest Freeway, Suite 450
Houston, TX 77098
Tel. No. (832) 216-6693
Fax. No. (832) 263-0616
E-mail: ashok@baillawfirm.com
Attorney for Plaintiff
The Bail Law Firm, PLLC

Of Counsel: *Katrina Grider*

Katrina Grider
The Grider Law Firm
14227 Prospect Point Dr.
Cypress, TX 77429
Tel. No. (281) 382-4948
Email: kat@griderlawfirm.com
The Grider Law Firm

Daniel Hu

Attorney for Defendant
Assistant United States Attorney
State Bar No. 10131415
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
713-567-9000 (PHONE)
E-mail: Daniel.Hu@usdoj.gov