United States District Court
Southern District of Texas
**ENTERED**
March 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATRINA GRIDER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-25-546 |
| ANDREA R. LUCAS, Acting Chair, | § | |
| U.S. Equal Employment Opportunity | § | |
| Commission, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Docket Entry No. 4), all claims in this case are dismissed with prejudice, with each party to bear its own costs.

SIGNED on March 5, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge